May 14, 2015

Mr. John Keating
c/o Ms. Holly Dyer

Re:   Cargill v. PBF, et al.
      No. 6:13-CV-01168-EFM-TJJ

Dear Mr. Keating:

Enclosed is a copy of your deposition. You are required by law to complete and return the original signature page and correction sheet within 30 days.

Please follow the steps listed below:

    1.) Read transcript completely.

    2.) Fill out correction sheet noting page and line number, your correction and reason for change. <u>Do not make corrections on transcript</u>.

    3.) Date and sign correction sheet.

    4.) Sign and date the original signature page before a notary public.

    5.) Return the completed <u>correction sheet</u> and <u>signature page</u> to our office in the envelope enclosed. <u>You may keep the copy of the transcript</u>.

Again, please complete these steps within 30 days. No reminder letter will be sent.

Sincerely yours,

PRO-DEPO COURT REPORTING, INC.

By

Enclosures

cc:   Counsel of record

EXHIBIT 3

I have read or have had read to me the foregoing testimony recorded on pages 4 to 304, inclusive, and the same is true and correct to my knowledge and belief.

_John Keating_  6-15.15
JOHN KEATING         (Date)


STATE OF _Kansas_   )
                    ) ss:
_Sedgwick_ COUNTY)

Subscribed and sworn to before me, the undersigned authority, this, the 15th day of _June_, 2015.

_Sandra Carrier_
Notary Public

SANDRA CARRIER
Notary Public - State of Kansas
My Appt. Expires 3-7-2016

(Commission Expires)



Cargill v. PBF, et al.

In re: Cargill v. PBF, et al.
Case No. 6:13-CV-01168-EFM-TJJ

CORRECTION SHEET FOR DEPOSITION OF
JOHN KEATING
1st of April, 2015

| Page | Line | Correction | Reason for change |
|------|------|------------|-------------------|
|      |      | See attached. |                |

I certify that I have read my deposition in the above case and request that the above changes be noted.

6/15/15
Date

*/s/ John Keating*
JOHN KEATING

John Keating
Deposition Errata Sheet Attachment

| Page # | Line # | Change From | Change To | Reason |
|---|---|---|---|---|
| 20 | 23 | Correct. | It engages in risk management. | Clarification |
| 58 | 13 | Yes | Yes, fat trimmings. | Clarification |
| 65 | 16 | Correct. | Correct. We manage risk as a component of meat prices for some customers. | Correction |
| 68 | 20 | I agree that markets have very volatile . . . | I agree that markets can be very volatile . . . | Mistranscribed |
| 68 | 22 | Markets have very volatile . . . | Markets can be very volatile . . . | Mistranscribed |
| 75 | 16 | . . . feed . . . | . . . feeds . . . | Misspoke/ mistranscribed |
| 81 | 1 | Yes. | Yes, for meat customers. | Clarification |
| 82 | 7 | Yes. | It is accurate to say that Cargill Beef and Cargill Meat Solutions engage in risk management activities for us and as a component of meat prices. | Clarification |
| 82 | 13 | Yes. | Yes. As it relates to the final price of meat products. | Clarification |
| 82 | 23 | Yes. | Yes, as it relates to the price of meat products. | Clarification |
| 89 | 8 | Yes | Yes. As it relates to the final price of meat products. We do not sell risk management advice. | Clarification |
| 91 | 13 | Key customers, yes. | Key meat customers, yes | Clarification |
| 91 | 18 | If it's a customer that just buys every now and again, you can't offer risk solutions. | If it's a customer that just buys meat every now and again, you can't offer risk solutions. | Clarification |
| 92 | 9 | Yes, we would try to eliminate risk. | Yes, we would try to eliminate risk on the final price of the meat. | Clarification |

1

| 93 | 4-6 | Depends on the customer. In this case, they're selling their tools. In my case, I'd be selling boxed beef. | Depends on the customer. In the case of Cargill Risk Management, they're selling their risk management tools. In the case of Cargill Meat Solutions or Cargill Beef, I'd be selling boxed beef. | Clarification |
|---|---|---|---|---|
| 94 | 3 | Yes. | Cargill Meat Solutions does not sell or provide stand-alone risk management advice or services to customers. | Clarification |
| 94 | 9 | Yes. | Yes, as a component of the price of meat. Cargill Meat Solutions does not sell risk management advice or tools. | Clarification |
| 100 | 4 | Yes. Yes, I'm sorry. | Yes, however, Cargill Risk Management is selling risk management advice and tools. Cargill Meat Solutions and Cargill Beef do not sell risk management advice or tools. | Clarification |
| 101 | 7 | Yes. | Cargill Risk Management is selling risk management advice and tools. Cargill Meat Solutions and Cargill Beef do not sell risk management advice or tools. | Clarification |
| 105 | 5 | No. | Possibly but not likely. | Clarification |
| 106 | 7 | Yes. | The strategies would be based on the reason we are managing the risk in the first place which could be determined by a number of factors. | Clarification |
| 137 | 3 | No. | I don't know. | Clarification |
| 139 | 8 | In a feed yard. | Generally, it means cattle in a feed yard, being fattened for slaughter. In this Agreement, it means the jointly owned cattle on feed being fattened for slaughter. | Clarification |
| 143 | 20 | Yes. | Yes, it was at the time. | Clarification |
| 147 | 2 | the two parties. | PPF and PBF. | Clarification |
| 165 | 16 | The partnership. | The parties to the agreement. | Clarification |
| 165 | 20 | The feeding entity would own the cattle. | Cargill, PPF, and PBF would own the cattle. | Clarification |

2

| 183 | 12 | Depending on what the customer thought. | Other than what is set forth in the processing agreement, it would depend on what the customer thought. | Clarification |
|---|---|---|---|---|
| 183 | 16 | Yes. | Yes, if not specifically set forth in the processing agreement. | Clarification |
| 184 | 3 | Yes. | Yes, if not specifically set forth in the processing agreement. | Clarification |
| 191 | 19 | No. | Yes. Sections 5 and 6 provide for sell-back and drop credit. | Clarification |
| 194 | 11 | section five. | section five or section six. | Clarification |
| 195 | 22 | Yes. | Yes, as a specified type of trim. | Clarification |
| 205 | 25 | Yes. | Yes, 50/50 trim is usually used for ground beef production, but could sometimes be used for FTB production depending on production and other circumstances. | Clarification |
| 209 | 22 | No. | Other than the agreement's language that the terms of the agreement are confidential, no. | Clarification |
| 210 | 2 | I do not. | Other than the agreement's language that the terms of the agreement are confidential, no. | Clarification |
| 234 | 22 | Correct. I don't know it's up to them. | I don't know. | Clarification |
| 235 | 6 | Yes. Risk management strategy could be you | Risk management strategy could be you | Clarification |
| 239 | 3 | No. | I don't know. | Clarification |
| 249 | 20 | I'm not sure. | Yes. The parties agreed that Cargill Meat Solutions had sole responsibility for determining and implementing any risk management strategies. | Clarification |
| 254 | 13-14 | I would have thought they would have told them. | I don't know if it's important, but the agreement did not require it. | Clarification |

3

| 255 | 18-19 | I don't know if it's important; I think it probably would have been expected to. | I don't know if it's important, but the agreement did not require it. | Clarification |
| 256 | 4 | We don't sell risk management tools at | We don't sell risk management tools. At | Clarification – started a new sentence. |
| 272 | 8 | No. | I don't know. | Clarification |
| 289 | 19 | . . . we start stopped | . . . we stopped | Mistranscribed or misspoke |

4